**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ELISE AUGUSTINE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LESSEREVIL LLC,<br><br>    Defendant. | Case No: 3:24-CV-01309-OAW<br><br><br><br><br>October 4, 2024 |

**DEFENDANT LESSEREVIL LLC'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Request for Judicial Notice, and Declaration of Amelia Courtney Hritz and exhibits attached thereto, all dated October 4, 2024, Defendant LesserEvil LLC hereby moves this Court, before the Honorable Judge Omar A. Williams, at the Abraham Ribicoff Federal Building, located at 450 Main Street, Hartford, Connecticut 06103, for an Order dismissing the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction and Rule 12(b)(6) for failure to state a claim, and for such other and further relief as the Court may deem just and proper.

Dated:  October 4, 2024

Respectfully submitted,

_/s/ Amelia Courtney Hritz_

Amelia Courtney Hritz (ct31797)
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

Matthew Borden*
borden@braunhagey.com
David H. Kwasniewski*
kwasniewski@braunhagey.com

ORAL ARGUMENT REQUESTED

2

747 Front Street, 4th Floor
San Francisco, California 94111
Telephone: (415) 599-0210

*Pro Hac Vice* pending
*Attorneys for Defendant LesserEvil LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2024, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By: */s/ Amelia Courtney Hritz*
*Attorney for Defendant*